ACCEPTED
03-15-00295-CV
5399950
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/22/2015 2:13:56 PM
JEFFREY D. KYLE
CLERK

# CLARK, TREVIÑO & ASSOCIATES

RONALD L. CLARK
R. JAIME TREVINO
NADIA RAMKISSOON
ETHAN F. GOODWIN
ROBERT A. HOUSE

NOT A PARTNERSHIP
Employees of Farmers Insurance Exchange,
A Member of the Farmers Insurance Group of Companies

MAILING ADDRESS:
P.O. Box 258829
Oklahoma City OK  73125-8829

TELEPHONE: (512) 445-1580
FACSIMILE: (512) 383-0503

PHYSICAL ADDRESS:
Southpark One, Suite 920
1701 Directors Boulevard
Austin TX 78744

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/22/2015 2:13:56 PM
JEFFREY D. KYLE
Clerk

Please Reference Our File # in Your Correspondence
Correspondence Can be Sent to legaldocs@farmers.com
ABOVE EMAIL IS NOT E-FILING OR E-SERVICE CONTACT

May 18, 2015

*VIA E-FILING*

Honorable Jeffrey D. Kyle, Clerk
Court of Appeals, Third District of Texas
P.O. Box 12547
Austin, Texas  78711-2547

Re:     Court of Appeals Number:  03-15-00295-CV
        Trial Court Case Number:  12-1117-C26

Style:  *Kostecka v. Smokey Mo's Franchise, LLC d/b/a Smokey Mo's BBQ*; In District Court;
        26th District Court; Williamson County, Texas
        Our File No.:  12-242153

Dear Mr. Kyle:

This letter is to request that you change my contact information to the following:

        Robert A. House
        Clark, Trevino & Associates
        1701 Directors Blvd., Suite 920
        Austin, Texas  78744
        (512) 445-1582-phone
        (512) 383-0503-fax
        robert.house@farmersinsurance.com

Thank you for your kind assistance in this matter.

Sincerely,

Robert A House

Robert A. House
Direct Line: (512) 445-1582
Email: robert.house@farmersinsurance.com
RAH/d2jw
Enclosures

c:      Lisa David
Williamson County District Clerk
405 Martin Luther King
P.O. Box 24
Georgetown, Texas  78626

Stuart Whitlow
Izzo & Semler, PLLC
1104 S. Mays, Ste. 116
Round Rock, TX 78664